THE HONORABLE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| SALINDA HAMMOND,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　Defendant. | Case No.  C23-6102-SKV<br><br><br><br>[PROPOSED] ORDER<br><br>Note on Motion Calendar: January 19, 2024 |

　　　Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability benefits be REVERSED AND REMANDED to the Commissioner of Social Security for a new hearing before an Administrative Law Judge (ALJ) and a new decision in regard to Plaintiff's applications for disability benefits. On remand, the ALJ will take any necessary action to complete the administrative record, offer Plaintiff a new hearing, exhibit and consider the evidence from Virginia Mason Franciscan Health dated September 26, 2022, to February 1, 2023 (37 pages) and East Adams Rural Health Hospital dated March 13, 2023 (24 pages), continue through the sequential evaluation process, and issue a new decision.

Page 1　[PROPOSED] ORDER TO REMAND
　　　　[C23-6102-SKV]

Office of the General Counsel
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2114

This remand is made pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 23rd day of January, 2024.

_____
S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ *Franco L. Becia*
FRANCO L. BECIA
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
State Bar No. (WA) 26823
Telephone: (206) 615-2114
Fax: (206) 615-2531
Email: Franco.L.Becia@ssa.gov

Page 2   [PROPOSED] ORDER TO REMAND
[C23-6102-SKV]

Office of the General Counsel
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2114

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Proposed Order was filed with the Clerk of the Court on January 23, 2024, using the CM/ECF system, which will send notification of such filing to the following: CHRISTOPHER H. DELLERT

s/ *Franco L. Becia*
FRANCO L. BECIA
Special Assistant United States Attorney
Office of the General Counsel

Page 3   [PROPOSED] ORDER TO REMAND
[C23-6102-SKV]

Office of the General Counsel
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2114